# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Roger Greenfield, et al.

                     Plaintiff,

v.                                     Case No.: 1:14–cv–01583
                                               Honorable Matthew F. Kennelly

Gus Paloian, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2014:

        MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 8/18/2014 regarding Motion to Dismiss for Failure to State a Claim [7]. Ruling on motion to follow under separate order. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.